

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| RONALD RAYMOND SUTTON, JR., | § | No. 08-24-00067-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law |
| NEIGHBORHOOD CREDIT UNION, | § | of Ellis County, Texas |
| Appellee. | § | (TC# 23-C-3213) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed. We therefore dismiss the appeal. We further order that Appellant pay all costs of this appeal and that this decision be certified below for observance.

IT IS SO ORDERED THIS 29TH DAY OF APRIL 2024.

LISA J. SOTO, Justice

Before Alley, C.J., Palafox and Soto, JJ.